Karen Marlene THOMPSON, Representing claimants: Verle Adams Thompson, Lula Hames Adams, Mattie Louise Adams, William/Willis Joshua Adams, Mittie Adams Cox, Broadus L. Cox, Guy Frederick Chesney, Edna Mildred Adams Chesney, Floyd Earle McAbee, and Martha Jean Chesney McAbee Barnett, Party in Interest–Appellant,

and

Harold Mitchell, individually and on behalf of all others similarly situated; Gerald Jones, individually and on behalf of all others similarly situated; Mary Ann Edwards, individually and on behalf of all others similarly situated; William N. Epps, Jr., Guardian ad Litem, Plaintiffs,

v.

IMC GLOBAL INC, formerly known as IMC Fertilizer Group Inc., formerly known as IMC Fertilizer Inc., formerly known as International Minerals and Chemical Corporation; IMC Global Operations Inc., formerly known as IMC Fertilizer Group Inc., formerly known as IMC Fertilizer Inc., formerly known as International Minerals and Chemical Corporation, Defendants–Appellees,

v.

Ronnie Fowler; James H. Watson; Joyce McGill; Randy Griffin; Robert L. Miller; Brenda A. McAbee; Namon M. Dawkins; Rose L. Fernandis; Jarob Black; Kenneth E. Morrow; Leroy Artison; Mary C. Smith; Henry D. Smith; Barbara J. Brown; William Stalnaker; Jeffrey S. Satterfield; Barbara Middleton; Tyrone Keith Wiggins; Timothy Darrell Wiggins; Louise Dawkins LittleJohn; Cynthia Denise Moore; Lucille Foster Moore; Sharon Dogan; Hattie E. Byrd; Reginald Shelton; Verle Adams Thompson; Lula Hames Adams; Mattie Louise Adams; William/Willis Joshua Adams; Mittie Adams Cox; Broadus L. Cox; Guy Frederick Chesney; Edna Mildred Adams Chesney; Floyd Earle McAbee; Mary K. Garren; Evelyn B. Artison–Moore; Cora P. Wheeling; Annette Betsill; Dianne P. McGill; Sheena Irene Foster; Rose Marie Foster Young; Lossie Jackson; Norwood Fowler; Shirley Fowler; Ernest Keenon; Patricia D. Fowler; Cody A. Fowler; Carol Humphries Bland; Charles E. Huitt; Robert Earl

Foster; Janice Lee Foster; Gerald Cox; Dorothy Taylor Moss; Betty J. Cox; Tijuanna Bates; Oneal Edwards; Jerry Harrison; Vicki Smith; Willie Bates; Carolyn Evans; Timothy L. Evans; Angela M. Whitt; Crystal Mockabee; John L. Bobo; James William Caldwell; Hattie F. Young; Carnell Floyd; Melvin Bivings; Dorothy E. Benson; David B. Jennings, Sr.; Mattie L. Philson; Debra Reeder; Bryon Oneal Foster; Cheryl Elizabeth Robinson; Mary L. Henderson; Raymond Machen; Ramona N. Williams; Sylvia Quinn; Stephanie S. Thrower; Patricia A. Robinson; Tonya R. Foster; Darlene Bobo Andrews; Herry Andrews; Bobby Andrews; Hycinth Andrews; Marlon Andrews; Amberia Williams; Cedrick L. Ridgeway; Juan Carlon Miller; Tyrian Deonte Carter; Tiffany M. Carson; Tammy M. Keley; Ansel R. Messick; Carolyn M Justice; Mary E. Stephen; Alton L. Waters, Sr.; Edzema A. Montgomery; Genevieve Fuller Robinson; Lillie B. Fuller; Johnnie Mae Fuller; Kristie Kelly; Gloria Wiggleton; Marisa Darlette Davis; Carol G. Medley; Edwin K. Long; Ruth Reeder; Mary N. Reeder; Dora N. Reeder; John E. Reeder; Jerry Reeder; Kizzy Smith; Jacqelyn Foster; Thomas Lamont Ferguson; Ernest Winn; Angela Rogers Jacques; Darrell L. Mitchell; Petunia P. Leak; Robert Cates Hayes; Paul L. Scott; Terance Gault; John Miller; Charles Edward Hunter; James W. Caldwell; Veronica Woodruff; Denise L. Martin; Yvonda L. Wright; Martha Jean Chesney McAbee Barnett, individual claim of; Eric A. Means; Kelvin Gault; Marilyn Thomas; Gary L. Walker; Stanley Jeter; Annette Shack, Parties in Interest.

Annette Shack, Party in Interest–Appellant,

and

Harold Mitchell, individually and on behalf of all others similarly situated; Gerald Jones, individually and on behalf of all others similarly situated; Mary Ann Edwards, individually and on behalf of all others similarly situated; William N. Epps, Jr., Guardian ad Litem, Plaintiffs,

v.

Imc Global Inc, formerly known as IMC Fertilizer Group Inc, formerly known as IMC Fertilizer Inc, formerly known as International Minerals and Chemical Corporation; IMC Global Operations Inc, formerly known as IMC Fertilizer Group Inc, formerly known as IMC Fertilizer Inc, formerly known as International Minerals and Chemical Corporation, Defendants–Appellees,

v.

Ronnie Fowler; James H. Watson; Joyce McGill; Randy Griffin; Robert L. Miller; Brenda A. McAbee; Namon M. Dawkins; Rose L. Fernandis; Jarob Black; Kenneth E. Morrow; Leroy Artison; Mary C. Smith; Henry D. Smith; Barbara J. Brown; William Stalnaker; Jeffrey S. Satterfield; Barbara Middleton; Tyrone Keith Wiggins; Timothy Darrell Wiggins; Louise Dawkins LittleJohn; Cynthia Denise Moore; Lucille Foster Moore; Sharon Dogan; Hattie E. Byrd; Reginald Shelton; Verle Adams Thompson; Lula Hames Adams; Mattie Louise Adams; William/Willis Joshua Adams; Mittie Adams Cox; Broadus L. Cox; Guy Frederick Chesney; Edna Mildred Adams Chesney; Floyd Earle McAbee; Mary K. Garren; Evelyn B. Artison–Moore; Cora P.

Wheeling; Annette Betsill; Dianne P. McGill; Sheena Irene Foster; Rose Marie Foster Young; Lossie Jackson; Norwood Fowler; Shirley Fowler; Ernest Keenon; Patricia D. Fowler; Cody A. Fowler; Carol Humphries Bland; Charles E. Huitt; Robert Earl Foster; Janice Lee Foster; Gerald Cox; Dorothy Taylor Moss; Betty J. Cox; Tijuanna Bates; Oneal Edwards; Jerry Harrison; Vicki Smith; Willie Bates; Carolyn Evans; Timothy L. Evans; Angela M. Whitt; Crystal Mockabee; John L. Bobo; Veronica Woodruff; James William Caldwell; Hattie F. Young; Carnell Floyd; Melvin Bivings; Dorothy E. Benson; David B. Jennings, Sr.; Mattie L. Philson; Debra Reeder; Bryon Oneal Foster; Cheryl Elizabeth Robinson; Mary L. Henderson; Raymond Machen; Ramona N. Williams; Sylvia Quinn; Stephanie S. Thrower; Patricia A. Robinson; Tonya R. Foster; Darlene Bobo Andrews; Herry Andrews; Bobby Andrews; Hycinth Andrews; Marlon Andrews; Amberia Williams; Cedrick L. Ridgeway; Juan Carlon Miller; Tyrian Deonte Carter; Tiffany M. Carson; Tammy M. Keley; Ansel R. Messick; Carolyn M. Justice; Mary E. Stephen; Alton L. Waters, Sr.; Edzema A. Montgomery; Genevieve Fuller Robinson; Lillie B. Fuller; Johnnie Mae Fuller; Kristie Kelly; Gloria Wiggleton; Marisa Darlette Davis; Carol G. Medley; Edwin K. Long; Ruth Reeder; Mary N. Reeder; Dora N. Reeder; John E. Reeder; Jerry Reeder; Kizzy Smith; Jacqelyn Foster; Thomas Lamont Ferguson; Ernest Winn; Angela Rogers Jacques; Darrell L. Mitchell; Petunia P. Leak; Robert Cates Hayes; Paul L. Scott; Terance Gault; John Miller; Charles Edward Hunter; James W. Caldwell; Denise L. Martin; Yvonda L. Wright; Martha Jean Chesney McAbee Barnett, individual claim of; Eric A. Means; Kelvin Gault; Marilyn Thomas; Gary L. Walker; Karen Marlene Thompson, Representing claimants: Verle Adams Thompson, Lula Hames Adams, Mattie Louise Adams, William/Willis Joshua Adams, Mittie Adams Cox, Broadus L. Cox, Guy Frederick Chesney, Edna Mildred Adams Chesney, Floyd Earle McAbee, and Martha Jean Chesney McAbee Barnett; Stanley Jeter, Parties in Interest.

No. 03–2382, 03–2392.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 20, 2004.

Decided Oct. 6, 2004.

Karen Marlene Thompson, Annette Shack, Appellants pro se.

Beattie B. Ashmore, Price, Paschal & Ashmore, PA, Greenville, South Carolina, for Appellees.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Karen Marlene Thompson and Annette Shack seek to appeal from the order of the district court denying their objections to the settlement of a class action lawsuit.

**336**

In case number 03–2392, we dismiss Shack's appeal for lack of jurisdiction because her notice of appeal was not timely filed. Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)). The district court's order was entered on the docket on October 7, 2003. Shack's notice of appeal was filed on November 7, 2003, one day beyond the appeal period. Because Shack failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss Shack's appeal.

In case number 03–2382, we dismiss Thompson's appeal because she may not represent other members of the class as a pro se litigant.* *See Oxendine v. Williams,* 509 F.2d 1405, 1407 (4th Cir. 1975). Because Thompson is not an attorney, she may not represent other parties to the proceeding.

The motion to expedite consideration of the appeals is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

---

* Thompson did not seek to raise any claims on her own behalf.